UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
::::
ENZO BIOCHEM, INC.,

        *Plaintiff*,

  -*against*-

                                    20-cv-9992 (PAC)

HARBERT DISCOVERY FUND, LP,
HARBERT DISCOVERY CO-
INVESTMENT FUND I, LP, HARBERT         **ORDER**
FUND ADVISORS, INC., HARBERT
MANAGEMENT CORP., and KENAN
LUCAS,

        *Defendants*.

---------------------------------------------------------------X

This Order directs the Clerk of Court to correct several clerical errors reflected on the ECF docket for this case. The Court notes that the ECF docket currently, errantly, lists several parties who are in fact Counterclaim Defendants only as both (1) "Plaintiffs" and (2) "Defendants." The Clerk of Court is directed to correct the ECF docket to align with the parties as identified in the Complaint (ECF No. 2) and the Answer & Counterclaims (ECF No. 35). The only parties that should be listed on ECF are as followed:

- **Plaintiff:**
    - ENZO BIOCHEM, INC.
- **Defendants:**
    - HARBERT DISCOVERY FUND, LP
    - HARBERT DISCOVERY CO-INVESTMENT FUND I, LP
    - HARBERT FUND ADVISORS, INC.
    - HARBERT MANAGEMENT CORP.
    - KENAN LUCAS

1

- **Counter Claimants**:
    - HARBERT DISCOVERY FUND, LP
    - HARBERT DISCOVERY CO-INVESTMENT FUND I, LP
- **Counter Defendants**:
    - ENZO BIOCHEM, INC.
    - ELAZAR RABBANI
    - BARRY W. WEINER
    - BRUCE A. HANNA
    - DOV PERLYSKY
    - REBECCA FISCHER
    - MARY TAGLIAFERRI
    - IAN B. WALTERS

The Clerk of Court is directed to remove all parties currently reflected on ECF other than those listed above.

The parties are directed to submit any objections to this Order by close of business on Thursday, June 9, 2022. Assuming there is no objection, the Clerk of Court is respectfully directed to make the changes on Friday, June 10, 2022.[1]

Dated: New York, New York
June 8, 2022

SO ORDERED

_____
HONORABLE PAUL A. CROTTY
United States District Judge

---

[1] For the avoidance of confusion: this Order has no effect on which individual parties should be marked as "terminated."