UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ENZO BIOCHEM, INC.,

                Plaintiff,                      20 **CIVIL** 9992 (PAC)

-against-                                **JUDGMENT**

HARBERT DISCOVERY FUND, LP,
HARBERT DISCOVERY CO-
INVESTMENT FUND I, LP,
HARBERT FUND ADVISORS, INC.,
HARBERT MANAGEMENT CORP.,
and KENAN LUCAS,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated December 01, 2022, this Court GRANTS Harbert's motion for voluntary dismissal without prejudice and DENIES Counter-Defendants' motion to compel discovery; accordingly, this case is closed.

**Dated:**  New York, New York
           December 01, 2022

                                                      **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                            **BY:**

                                                             **Deputy Clerk**